Eugene C. Felt et al., Plaintiff, v. Clint Crosby et al.,
Defendants.
Jarecki Manufacturing Company, Appellant, v. Clint
Crosby et al., Appellees.

Term No. 46M13.

opinion filed October 4, 1946; released for publication
November 12, 1946. Pyle & McCallister, for appellant; Craig & Craig,
for certain appellee; Russell Wilson, for certain other appellees. Opinion
by Justice Stone. Not to be published in full.

Henry McDowell et al., Appellants, v. County of
Gallatin, Illinois, Appellee.

Term No. 46M16.

opinion filed October 4, 1946; released for publication
November 12, 1946. Leslie A. Cranston, for appellants; Robert H. Davis,
State's Attorney, and Bartley & Karber, for appellee. Opinion by
Justice Stone. Not to be published in full.